UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                      Case No. 2:17-cr-19
                                       HON. ROBERT J. JONKER

EVAN GABRIEL SMITH,

        Defendant.
_____/

## **ORDER OF DETENTION**

Defendant appeared before the undersigned on July 27, 2017, for an initial appearance and arraignment on the Indictment charging defendant with 2 counts of Assault by Strangulation. The government requested the defendant be detained pending further proceedings supported by pretrial services. Defendant will be given time to consult with his attorney and may request a detention hearing at a later date. Defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                                                    */s/ Timothy P. Greeley*
                                                 TIMOTHY P. GREELEY
                                                 UNITED STATES MAGISTRATE JUDGE

Dated: August 24, 2017